IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TODD MISAMORE,

      Appellant,

v.

SWIFT TRANSPORTATION
and GALLAGHER BASSETT
SERVICES,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0761

_____/

Opinion filed November 14, 2017.

An appeal from an order of the Judge of Compensation Claims.
Neal P. Pitts, Judge.

Date of Accident:  December 10, 2014.

Nicolette E. Tsambis and Bradley G. Smith of Smith, Feddeler, Smith, P.A., Lakeland, for Appellant.

Jamey S. Rodgers of McDonald & Rodgers, P.A., Altamonte Springs, for Appellees.

PER CURIAM.

      AFFIRMED.

B.L. THOMAS, C.J., and WETHERELL and WINSOR, JJ., CONCUR.